# Notice Recipients

District/Off: 0970−2     User: admin     Date Created: 12/30/2024
Case: 2:24−bk−09810−BKM     Form ID: van122     Total: 16

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | ROBERT CHARLES PORTER | 10909 WEST TAFT STREET | PHOENIX, AZ 85037 |
| tr | DAVID A. BIRDSELL | David A. Birdsell, Bankruptcy Trustee | 216 N Center St | Mesa, AZ 85201 |
| smg | AZ DEPARTMENT OF REVENUE | BANKRUPTCY & LITIGATION | 1600 W. MONROE, 7TH FL. | PHOENIX, AZ 85007−2650 |
| 17566450 | CAP ONE | PO BOX 71083 | CHARLOTTE, NC 28272−1083 |
| 17566451 | CCS COLLECTIONS | 1222 EAST ARAPAHO ROAD | RICHARDSON, TX 75081 |
| 17566452 | CRDTONEBNK | PO BOX 60500 | CITY OF INDUSTRY, CA 91716−0500 |
| 17566453 | DPEDNELNET | PO BOX 82561 | LINCOLN, NE 68501 |
| 17566454 | DRIVE NOW | 4240 WEST GLENDALE AVENUE | PHOENIX, AZ 85051 |
| 17566455 | EL CENTRO JUSTICE COURT | 620 WEST JACKSON STREET | PHOENIX, AZ 85003 |
| 17566456 | KINGMAN JUSTICE COURT | 524 WEST BEALE STREET | KINGMAN, AZ 86401 |
| 17566457 | KOHLS/CAP1 | PO BOX 60043 | CITY OF INDUSTRY, CA 91716−0043 |
| 17566458 | LEVEL UP FUNDING | PO BOX 224 | FORT THOMPSON, SD 57339 |
| 17566459 | MERRICK | 10705 S JORDAN GTWY STE | SOUTH JORDAN, UT 84095 |
| 17566460 | MIDLANDCRE | 4405 EAST COTTON CENTER BOULEVARD | PHOENIX, AZ 85040 |
| 17566461 | ONEMAIN | PO BOX 742536 | CINCINNATI, OH 45274−2536 |
| 17566462 | PENTAGON | PO BOX 1432 | ALEXANDRIA, VA 22313−2032 |

TOTAL: 16